BEFORE THE SECOND DIVISION, NOVEMBER 23, 1965

No. 69622.—J. C. De Jong & Co., Inc., et al. *v.* United States, protests 59/23837, etc. (New York).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. De Jong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.